[No. 10507–1–II.   Division Two.   August 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
DAVIDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 86–1–00526–9, Thomas L. Lodge, J., entered
October 30, 1986. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9802–4–II.   Division Two.   August 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN W.
SPRADLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 85–1–00034–9, Gary W. Velie, J., entered
April 11, 1986. *Vacated* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 19411–9–I.   Division One.   August 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SHERWOOD
KAVAY KNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–01678–0, Terrence A. Carroll, J., entered
November 4, 1986. *Affirmed* by unpublished opinion per
Winsor, J., concurred in by Grosse and Pekelis, JJ.

[No. 21323–7–I.   Division One.   August 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN HOWARD
SCHOENHALS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–00123–7, Herbert M. Stephens, J.,
entered February 11, 1987. *Affirmed* by unpublished opin-
ion per Scholfield, C.J., concurred in by Webster and
Pekelis, JJ.